Form oc13p

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA
# 400 NORTH MAIN; ROOM 303
# BUTTE, MT 59703

| | | |
|---|---|---|
| **In Re:** | RUSSELL G. CASSETT<br>SSN: xxx–xx–9519 | **Case No:**<br>15–60469–RBK |
| | **Debtor.** | **Chapter:** 13 |

### ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on 5–26–15 Amended 8–08–15. . A summary of the Plan, or a summary of the final modification of the Plan, was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the plan meets the requirements of 11 U.S.C. Sec. 1325.

IT IS ORDERED that the Debtor(s) Chapter 13 Plan is confirmed, with the following provisions:

1. **Payments:**
   a. Amount of each payment: $420.00 for three months and $430.00 for 4 – 60 months.
   b. Due Date of each payment: 26th of each month.
   c. Period of payment: 60 months.
   d. Payable to Standing Trustee : ROBERT G. DRUMMOND

2. **Attorney's Fees:**
   a. The Debtor Attorney is awarded a fee in the amount of 3500.00 , 2500.00 of which is due and payable from the estate.

3. **Other provisions as needed:**
   1. Pursuant to 11 U.S.C. Sec. 1325(c) any entity from whom the Debtor receive(s) income shall withhold the monthly payments required under the Debtor's Plan and pay such payments to the Standing Chapter 13 Trustee, unless waived by court order.
   2. In the event of any default under the plan, the court may dismiss or convert this case to Chapter 7 without further notice or hearing.
   3. None.

Dated: 8/10/15

By the Court

United States Bankruptcy Judge
District of Montana